IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                                          Criminal No.: 2:17CR126

DARYL G. BANK,

               Defendant.

### MOTION TO EXTEND TIME FOR FILING ANY PRE-TRIAL MOTIONS

**COMES NOW** the defendant, by and through counsel and moves the Court to extend the deadline for filing pre-trial motions now set for December 20, 2017, for the following reasons:

1. The defendant was indicted on August 23, 2017 for the offense of conspiracy to commit mail and wire fraud, wire fraud and unlawful monetary transaction;

2. At arraignment on November 15, 2017, the trial date of April 24, 2018 was set with a motions cut off date of December 20, 2017;

3. That an agreed discovery order was executed on the same day;

4. That to date the discovery was received by the defense on December 27, 2017 which prevents the defendant from preparing or filing any pre-trial motions within the provided period.

    WHEREFORE, the defendant respectfully request for a 45 day extension from December 27, 2017 within in while to file motions.

Respectfully submitted,

DARYL G. BANK
By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DARYL G. BANK
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

_____/s/_____
Jason Wander, Esquire
100 N. Biscayne Blvd.
Suite 1607
Miami, Florida 33132
Jason@wanderlaw.com
(305) 868-1655
(305) 503-7480 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Melissa O'Boyle, Esquire
United States Attorney's Office
101 W Main Street, STE 8000
Norfolk, VA 23510
757-441-6331

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DARYL G. BANK
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

_____/s/_____
Jason Wander, Esquire
100 N. Biscayne Blvd.
Suite 1607
Miami, Florida 33132
Jason@wanderlaw.com
(305) 868-1655
(305) 503-7480 Fax