*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF VIRGINIA*
Norfolk DIVISION

**Thursday, March 22, 2018**

**MINUTES OF PROCEEDINGS IN** Open Court
**PRESENT**: THE HONORABLE Mark S. Davis, U.S. District Judge
Courtroom Deputy Clerk: Valerie A. Ward
Law Clerk: Matthew Capoccia                         Reporter: Paul McManus, OCR

| Set: 11:30 a.m. | Started: 11:30 a.m.<br>12:40 p.m.<br>3:35 p.m. | Ended: 12:15 p.m.<br>1:35 p.m.<br>5:20 p.m. |
|---|---|---|

| |
|---|
| Case No.   2:17cr126 |
| United States of America |
| v. |
| Daryl G. Bank |
| |
| Melissa O'Boyle, Elizabeth Yusi, and Kevin Hudson, present on behalf of the Government. |
| James Broccoletti and Jason Wandner, present on behalf of the Defendant. |
| Defendant present in custody. |
| Matter came on for a hearing on [40] Motion for Return of Property/Pretrial and [42] Motion in Limine. |
| Comments of the Court. |
| Argument of counsel heard. |
| Court made certain findings on the record.  For reasons stated on the record, the Court **DENIED** [40] Motion for Return of Property/Pretrial and the Court **GRANTED in part, and DENIED in part** [42] Motion in Limine. |
| Defendant remanded to custody of USM. |
| Court adjourned. |
| |
| |
|   (Lunch:   1:35 p.m. – 2:35 p.m.) |
| |
| |
| |
| |