Eastern District Of Virginia - U.S. District Court

## ARRAIGNMENT/DETENTION MINUTES:

Time Set: 2:30 p.m.
Started: 2:40 - 2:46
Ended: 2:58 - 3:01
Split Time:

Case Number: 2:17cr126
Defendant: Daryl G. Bank

Date: 5/2/2018
Presiding Judge: Lawrence R. Leonard
Courtroom Deputy: L. Woodcock
Court Reporter: FTR
U.S. Attorney: Beth Yusi
Defense Counsel: James Broccoletti
(✓) Retained ( ) Court appointed ( ) AFPD
Interpreter:

### INITIAL APPEARANCE:
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

### COUNSEL:
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $_____ beginning _____ and each month thereafter until paid in full

### DETENTION:
( ) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted ( ) Denied ( ) Motion to Withdraw
( ) Detention Ordered (X) Remanded
( ) Bond set _____
( ) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

### ORDERS:
( ) Agreed Discovery/Protective Order Entered

### ARRAIGNMENT: Superseding indictment
( ) Defendant formally arraigned
(X) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(X) Defendant entered plea of not guilty
( ) Jury demanded
(X) Jury Waived
(X) Jury waiver executed and filed
( ) Preliminary motions deadline 5-16-18
( ) Response motions deadline _____
(X) TRIAL ( ) SRVH ( ) PVH set on 11-27-18 @ 10:00 (MSD) (X) Norfolk ( ) Newport News

### PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

### SPEEDY TRIAL:
(X) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

### APPEARANCE AT PRELIMINARY HEARING:
(X) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: _____

( ) SRV/Probation Hearing: _____

### SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and <u>Bloate v. U.S.</u>, 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of _____ is excluded under the Speedy Trial Act.

Govt opposes Bench Trial
Def objects to new trial setting beyond Sept. - Court sets matter for 11/27 - Jury trial allowed.