
FILED
MAY - 2 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk/Newport News Division

**UNITED STATES OF AMERICA**

v.   Case Number: 2:17 cr 126

Daryl G. Banks

## WAIVER OF TRIAL BY JURY

I, _Daryl G. Banks_, the above named defendant, who is accused of violating Title ___, ____ United States Code Section ___, ____, being represented by _J. Broccoletti_, having heretofore been furnished a copy of the Indictment against me, having been fully advised by the Court or my attorney of the nature of the charge(s) against me, and of the possible sentence or sentences resulting from such charge(s), and having further been fully advised by the Court or my attorney of my right to a trial by a jury, do hereby knowingly, freely, and voluntarily waive trial by jury on said charge(s) and request and consent to trial by the court without a jury.

_5/3/18_            _/s/ Banks_
Date            Defendant

## CERTIFICATE OF ATTORNEY

I hereby certify that I have discussed and fully advised the above named defendant as to his rights as aforesaid.

_5/3/18_            _/s/_
Date            Attorney for Defense

The United States of America hereby consents that the above case be tried without a jury and hereby unites in such waiver.

_____      _____
Date            Attorney for United States

Waiver of trial by jury in this case is hereby approved.

_____      _____
Date            United States Magistrate Judge