IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.                        **CRIMINAL NO. 2:17cr126**

DARYL G. BANK

    Defendant,

## MOTION *IN LIMINE* TO PROHIBIT THE GOVERNMENT FROM INTRODUCING EVIDENCE DEFENDANT VIOLATED SECURITIES REGULATIONS

COMES NOW the, Defendant, Daryl G. Bank, by Counsel, and hereby moves this honorable Court for entry of an order prohibiting the government from referring to the investments at issue in this case as securities and from introducing at trial evidence that Mr. Bank violated or circumvented securities regulations.  In support of his motion Mr. Bank states as follows:

1.    Mr. Bank is charged in a 19-count indictment with conspiracy to commit mail and wire fraud, conspiracy to launder monetary instruments, mail fraud, wire fraud, and unlawful monetary transactions;

2.    The allegations stem from Mr. Bank's marketing and sale of various investments and the government's contentions that Mr. Bank made various omissions and misrepresentations concerning these sales;

3.      The government asserts that Mr. Bank violated various disclosure obligations that are meant to apply to the sale and marketing of securities;

4.      For instance, the government alleges that Mr. Bank did not disclose the amount of his fees, that he failed to notify investors that he was under investigation by governmental regulators, and that he had been banned from associating with any FINRA-licensed broker/dealer ;

5.      Mr. Bank, however, is not charged with a violation of any securities statute;

6.      Nor are the investments at issue in this case securities. *See United States v. Howey*, 328 U.S. 293 (1946);

7.      Because Mr. Bank was not a securities broker or dealer and because these investments  are not securities, he cannot be held to the same standard as securities broker;

8.      Furthermore, the misrepresentations and omissions alleged by the government are not relevant  to the jury's consideration of whether Mr. Bank committed any of the crimes for which he stands charged;

9.      The introduction of such evidence would unduly prejudice Mr. Bank in the eyes of the jury; and

10.     For these reasons the government should be prohibited from referring to theses investments as securities and from introducing any

2

evidence that Mr. Bank failed to adhere to securities laws or regulations in its efforts to prove that Mr. Bank committed any of the offenses for which he has been indicted.

Respectfully submitted,

_____/s/_____
James O. Broccoletti, Esquire
Attorney for the Defendant
VSB:  17869
6663 Stoney Point S.
Norfolk, VA  23502
Telephone:  (757) 466-0750
Fax:  (757) 466-5026
james@zobybroccoletti.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Elizabeth M. Yusi, Esquire
Assistant U. S. Attorney
Office of the U. S. Attorney
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, VA 23510
Elizabeth.yusi@usdoj.gov

Melissa E. O'Boyle, Esquire
Assistant U. S. Attorney
Office of the U. S. Attorney
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, VA 23510

3

Melissa.oboyle@usdoj.gov

_____/s/_____
Nicholas D. Renninger, Esq.
VSB No.77237
Counsel for Defendant Raeann Gibson
KOZAK,DAVIS,RENNINGER & BELOTE
355 Crawford Street, Suite 700
Portsmouth, Virginia 23704
Tel: 757-222-2224
Fax: 757-399-8045
nrenninger@kozakfirm.com


_____/s/_____
Emily Meyers Munn
 VSB No. 46390
Counsel for Defendant Billy J. Seabolt
Bischoff Martingayle, PC
208 E. Plume Street
Suite 247
Norfolk, VA 23510
(757) 440-3546
(757)440-3546
Emily@bischoffmartingayle.com

```
                    /s/
_____
```
James O. Broccoletti, Esquire
VSB # 17869
ZOBY, BROCCOLETTI & NORMILE P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com