UNITED STATES OF AMERICA
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES

V.                         CASE NO.: 2:17CR126

DARYL G. BANK

## MOTION TO DISMISS FOR DOUBLE JEOPARDY VIOLATION

Now Comes the Defendant, Daryl G. Bank, and pursuant to the Double Jeopardy Clause of the Fifth Amendment and Kokesh v. S.E.C., 137 S.Ct. 1635 (2017), and moves the Court to dismiss the indictment now pending against him.

WHEREFORE, Mr. Bank respectfully requests the Court to grant this Motion.

Respectfully submitted,

DARYL G. BANK
By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DARYL G. BANK
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

CERTIFICATE OF SERVICE

    I hereby certify that on the __27th___ day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Melissa O'Boyle, Esquire
United States Attorney's Office
101 W Main Street, STE 8000
Norfolk, VA 23510
757-441-6331

                                                    _____/s/_____
                                                    James O. Broccoletti, Esquire
                                                    VSB# 17869
                                                    Counsel for DARYL G. BANK
                                                    ZOBY, BROCCOLETTI & NORMILE, P.C.
                                                    6663 Stoney Point South
                                                    Norfolk, VA 23502
                                                    (757) 466-0750
                                                    (757) 466-5026
                                                    james@zobybroccoletti.com