IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) No. 2:17cr126<br>) |
| DARYL G. BANK, | )<br>)<br>) |
| Defendant. | )<br>) |

### GOVERNMENT'S AND DEFENDANT GIBSON'S
### JOINT MOTION TO WITHDRAW MOTION TO COMPEL

The United States of America, by and through G. Zachary Terwilliger, United States Attorney, and Melissa E. O'Boyle, Elizabeth M. Yusi, and Andrew Bosse, Assistant United States Attorneys, and defendant Raeann Gibson, respectfully move this Court for the entry of an Order granting their joint motion to withdraw the motion to compel. In support thereof, the parties state as follows:

1. On September 19, 2019, the government and Gibson filed a joint motion to compel the production of a hard drive that was taken from Gibson's possessions (ECF 226).

2. On October 23, 2019, the Court referred the matter to United States Magistrate Judge Lawrence Leonard to hold an evidentiary hearing on the motion (ECF 233).

3. On October 24, 2019, the Court scheduled a hearing in this matter for November 8, 2019.

4. Just prior to the commencement of the hearing, the parties resolved the dispute and defendant Daryl G. Bank agreed to voluntarily turn over the hard drive to the government.

5. As a result of this agreement, the government and Gibson hereby jointly move to withdraw the motion to compel the production of the hard drive (ECF 226).

Respectfully submitted,

FOR THE UNITED STATES

G. Zachary Terwilliger
United States Attorney

By:          /s/
Andrew Bosse
Melissa E. O'Boyle
Elizabeth M. Yusi
Attorneys for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – andrew.bosse@usdoj.gov

FOR DEFENDANT RAEANN GIBSON

By:          /s/    [by permission]
Nicholas D. Renninger, Esq.
Counsel for Defendant Raeann Gibson
KOZAK, DAVIS & RENNINGER, P.C.
355 Crawford St., Ste. 700
Portsmouth, VA 23704
Office Number - 757-222-2224
Facsimile Number - 757-399-8045
E-Mail Address – nrenninger@kozakfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the counsel of record.

By:        /s/
Andrew Bosse
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – andrew.bosse@usdoj.gov