UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
APR 1 2 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

DARYL G. BANKS
BILLY J. SEABOLT,

        Defendants.

Case No. 2:17cr126

### ORDER

Indicators from state health officials is that the COVID-19 virus is not contained within the Eastern District of Virginia and the urgent nature of this trial will not allow the court to delay until it is safer to call jurors to report. Therefore, the court has determined an emergency hardship situation is present where accommodations are needed to be taken by the court to protect the health and safety of jurors and minimize exposure to the virus in order for them to be able to serve. Accordingly, the Clerk is to procure juror meals as necessary. Meals were provided for the jurors in this case on April 1, 2021, April 2, 2021, April 5, 2021, April 6, 2021, April 8, 2021 and April 9, 2021.

        **IT IS SO ORDERED.**

/s/ Raymond A. Jackson
United States District Court Judge

Norfolk, Virginia
April 7, 2021