**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF VIRGINIA
Norfolk Division**

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

    **v.**                                                **Case No.2:17-cr-00126**

**DARYL G. BANK**

                **Defendant.**

## NOTICE OF DEFENDANT'S PROFFER OF EVIDENCE FOR

## POTENTIAL APPELLATE REVIEW

COMES NOW, the Defendant, by and through counsel, and notes for any potential appellate review the following proffer with respect to the cross examination of Roger Hudspeth:

1.     That if allowed to answer, Mr. Hudspeth would have said that Kent Maerki, at the conference at the Paris Hotel in Las Vegas told him that with respect to Dental Support Franchise Group, that it was still a viable investment and all that he needed  to give it was time.

2.     That if he was allowed to answer whether the other people told Mr. Hudspeth, that Janus Spectrum did not need to be registered, he would have answered that George and Kevin Brown of Summit Trust Company and Les Revzon told him that.

Respectfully submitted,

DARYL G. BANK

By:_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
ZOBY, BROCCOLETTI & NORMILE P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com
BILLY J. SEABOLT

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Elizabeth M. Yusi, Esquire
Melissa E. O'Boyle, Esquire
Andrew Bosse, Esquire
Assistant U. S. Attorneys
Office of the U. S. Attorney
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, VA 23510
Elizabeth.yusi@usdoj.gov
Melissa.oboyle@usdoj.gov
Andrew.bosse@usdoj.gov

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
ZOBY, BROCCOLETTI & NORMILE P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com