IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
IN OPEN COURT
APR 3 0 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                             CRIMINAL ACTION NO. 2:17-cr-126

DARYL BANK, et. al.,

    Defendant.

## *VERDICT FORM*

WE, THE JURY, FIND **THE DEFENDANT DARYL BANK:**

COUNT 1: CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD.

    GUILTY ✓                 NOT GUILTY _____

COUNT 2: MAIL FRAUD

    GUILTY ✓                 NOT GUILTY _____

COUNT 3: MAIL FRAUD

    GUILTY ✓                 NOT GUILTY _____

COUNT 4: MAIL FRAUD

    GUILTY ✓                 NOT GUILTY _____

**COUNT 5:** MAIL FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 6:** MAIL FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 7:** WIRE FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 9:** WIRE FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 10:** WIRE FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 11:** WIRE FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 12:** WIRE FRAUD

GUILTY ✓        NOT GUILTY _____

**COUNT 13:** CONSPIRACY TO COMMIT OFFENSE OR TO DEFRAUD THE UNITED STATES.

GUILTY ✓        NOT GUILTY _____

**COUNT 14:** SALE OF UNREGISTERED SECURITIES.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 15:** SALE OF UNREGISTERED SECURITIES.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 16:** SALE OF UNREGISTERED SECURITIES.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 17:** SALE OF UNREGISTERED SECURITIES.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 18:** SALE OF UNREGISTERED SECURITIES.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 19:** INTERSTATE SECURITIES FRAUD.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 20:** INTERSTATE SECURITIES FRAUD.

    GUILTY __✓__        NOT GUILTY _____

**COUNT 21:** INTERSTATE SECURITIES FRAUD.

GUILTY __✓__            NOT GUILTY _____

**COUNT 22:** INTERSTATE SECURITIES FRAUD.

GUILTY __✓__            NOT GUILTY _____

**COUNT 23:** CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS.

GUILTY __✓__            NOT GUILTY _____

**COUNT 24:** ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY.

GUILTY __✓__            NOT GUILTY _____

**COUNT 25:** ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY.

GUILTY __✓__            NOT GUILTY _____

**COUNT 26:** ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY.

GUILTY __✓__            NOT GUILTY _____

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

**COUNT 27:** ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY.

GUILTY ✓          NOT GUILTY _____

**COUNT 28:** ENGAGING IN MONETARY TRANSACTIONS IN PROPERTY DERIVED FROM SPECIFIED UNLAWFUL ACTIVITY.

GUILTY ✓          NOT GUILTY _____

DATE: 4/30/2021

FOREPERSON'S SIGNATURE: REDACTED COPY